**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EDWARD SEICHEPINE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. |
| vs. ) | |
| ) | |
| CRA COLLECTIONS, INC. a/k/a ) | **JURY TRIAL DEMANDED** |
| REVENUE COLLECT, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff, EDWARD SEICHEPINE, JR. ("Plaintiff"), by and through his attorneys, and for his Complaint against Defendant, CRA COLLECTIONS, INC. a/k/a REVENUE COLLECT alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## JURISDICTION and VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the State of Delaware establishing personal jurisdiction.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Newark, New Castle County, Delaware.

6. Plaintiff is obligated or allegedly obligated to pay a debt.

7. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

8. Defendant is a business entity with an office located at 1150 Lancaster Blvd., Mechanicsburg, Pennsylvania.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business, the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

**FACTUAL ALLEGATIONS**

10. In or around the end of July 2012, Defendant began placing telephone calls attempting to collect a debt from Plaintiff.

11. Upon information and belief, the alleged debt arises from transactions which were for personal, family, and household purposes.

12. In it collection attempts, Defendant places calls to Plaintiff at his place of residence (xxx-xxx-2161) and on his wife's cellular telephone (xxx-xxx-7882).

13. When Plaintiff is unable to answer Defendant's telephone calls, Defendant leaves automated voice messages. *See* transcribed message left on Plaintiff's home telephone as Exhibit A hereto.

14. Defendant states that its message is for Plaintiff and that it is a debt collector attempting to collect a debt. *See* Exhibit A.

15. Defendant then instructs Plaintiff to call back about "an important business matter" at telephone number 866-790-8734, which can be used to reach Defendant. *See* Exhibit A.

16.     However, Defendant does not identify who is calling in its automated messages. *See* Exhibit A.

17.     Defendant never states that it is CRA Collections or Revenue Collect. *See* Exhibit A.

18.     Thus, while Defendant provides its telephone number, it does not provide any information for Plaintiff to know who is calling or who he is being asked to call back about a debt and important business matter.

19.     Plaintiff is annoyed by Defendant's telephone calls that do not identify itself to let Plaintiff know who is calling.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a. Defendant violated § 1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of a debt.

   b. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without providing meaningful disclosure of its identity.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

21.     Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. § 1692k.

22.     Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. § 1692k.

23. Any other relief that this Court deems to be just and proper.

          RESPECTFULLY SUBMITTED,

          By: / *s/ Herbert W. Mondros*
          Herbert W. Mondros, Esquire
          DE Bar ID 3308
          750 Shipyard Drive, Suite 102
          Wilmington, DE 19801
          Phone: (302) 888-1112
          Fax: (302) 888-1119
          Attorney for Plaintiff

**DATED:** November 28, 2012