**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EDWARD SEICHEPINE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:12-cv-01590-UNA |
| | ) | |
| CRA COLLECTIONS, INC. a/k/a | ) | |
| REVENUE COLLECT, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, EDWARD SEICHEPINE, JR. ("Plaintiff"), by and through his attorneys, and hereby applies for a default judgment against Defendant, CRA COLLECTIONS, INC. a/k/a REVENUE COLLECT ("Defendant"). The Clerk of the Court has entered an order on Plaintiff's Application [Doc. 6], leaving this Honorable Court to grant Plaintiff's Application.

Plaintiff seeks default against Defendant in the amount of four thousand six hundred seventy-three dollars ($4,673.00), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. § 1692(k)(a)(2)(A), three thousand two hundred seventy-three dollars ($3,273.00) in attorneys fees plus four hundred dollars ($400.00) in costs, 15 U.S.C. § 1692(k)(a)(3). *See* Statement of Services attached as Exhibit A, Declaration of Herbert W. Mondros attached as Exhibit B, and Declaration of Douglas Baek attached as Exhibit C.

Dated: February 22, 2013

RESPECTFULLY SUBMITTED,

By: /*s/ Herbert Weiswasser Mondros*
Herbert W. Mondros (DE Bar ID 3308)
750 Shipyard Drive
Wilmington, DE 19801
(302) 888-1112
Attorney for Plaintiff