IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD SEICHEPINE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:12-cv-01590-RGA |
| | ) |
| CRA COLLECTIONS, INC. a/k/a | ) |
| REVENUE COLLECT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED this _18th_ day of _March_, 2013,

that Plaintiff's Request for Clerk's Entry of Default is GRANTED and a Default

Judgment is entered against CRA Collections, Inc., a/k/a Revenue Collect in the amount

of four thousand six hundred seventy-three dollars ($4,673.00).

_3-18-13_
DATE

United State District Court Judge